# Third District Court of Appeal

## State of Florida

Opinion filed May 04, 2016.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D15-1142
Lower Tribunal Nos. 08-12510 & 08-9862

_____

**Jason W. Wagner,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An appeal conducted pursuant to <u>Anders v. California</u>, 386 U.S. 738 (1967), from the Circuit Court for Miami-Dade County, Lisa Walsh, Judge.

Jason W. Wagner, in proper person.

Pamela Jo Bondi, Attorney General, for appellee.

Before SUAREZ, C.J., and ROTHENBERG and EMAS, JJ.

PER CURIAM.

We affirm the revocation of the appellant's probation, but remand to the trial court for entry of a written order of revocation of probation which, consistent with

its oral pronouncement at the hearing, sets forth the conditions of probation that appellant violated.  See Brown v. State, 127 So. 3d 831 (Fla. 3d DCA 2013).